No. 190, Misc. SYKES v. CHAIRMAN AND MEMBERS OF THE DISTRICT OF COLUMBIA PAROLE BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 374, Misc. BLACKFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 381, Misc. HAYES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 425, Misc. MARLETTE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 433, Misc. McCONNELL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 435, Misc. PALMER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 437, Misc. GALLOWAY v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.